IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| BILLY MITCHELL,  )<br>Individually and on behalf  )<br>of all others similarly situated,  )<br>  )<br>   Plaintiffs,  )<br>v.  )<br>  )<br>NATIONS RECOVERY CENTER, INC,  )<br>Et al.,  )<br>   Defendants.  )  | Civil No. 4:18CV68 |

## NOTICE OF SETTLEMENT

Please take notice that the Plaintiff, Billy Mitchell, individually, and Defendants, Nations Recovery Center, Inc. and Resurgent Capital Services, LP, have settled the above-captioned matter by compromise. The parties shall memorialize their agreement in writing and file a stipulation of dismissal in due course.

Respectfully,

_____/s/_____
Susan M. Rotkis, VSB 40693
Consumer Litigation Associates West, PLLC
382 S. Convent Ave.
Tucson, AZ 85701
Phone 520-622-2481
srotkis@clalegal.com

-2-

## CERTIFICATE OF SERVICE

This 6th day of February, 2019, I certify that I filed the foregoing Notice by CM/ECF, which will serve a notice of electronic filing upon following counsel of record:

Jonathan P. Floyd
*Counsel for Resurgent Capital Services, L.P. & Nations Recovery Center*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Email: jonathan.floyd@troutman.com

                                                      */s/*
                                       Susan M. Rotkis, VSB 40693
                                       Consumer Litigation Associates West, PLLC
                                       382 S. Convent Ave.
                                       Tucson, AZ 85701
                                       Phone 520-622-2481
                                       srotkis@clalegal.com